UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SALUTA NELSON, ET AL

VERSUS

DERRICK LOUISE, ET AL

CIVIL ACTION

NO. 10-827

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 27, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' applications to proceed in forma pauperis (rec.docs. 2, 3, 4, 5, & 6) are denied, and the filing and service fee shall be paid by plaintiffs on or before Aust 31, 2011. Further, in accordance with the denial of their application to proceed in forma pauperis, plaintiffs shall be held responsible for service of the summons and complaint/amended complaint upon the defendants.

Baton Rouge, Louisiana, August 16th, 2011.

JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA