UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SALUTA NELSON, KATHY NELSON,
JEROME NELSON, TASHA NELSON,
AND WILLIAM NELSON

VERSUS

DERIK LOUISE, ET AL.

CIVIL ACTION

NO. 10-827-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 5, 2014 (doc. no. 37). The plaintiff filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the supplemental jurisdiction over plaintiffs' state law claims are declined and plaintiffs' complaint and amended complaint are DISMISSED, with prejudice, for failure to state a claim in accordance with the screening provisions of 28 U.S.C. § 1915(e)(2)(B), and without prejudice to any state law claims that plaintiffs may have.

Baton Rouge, Louisiana, this 20th day of October, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA